# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CLAUDIA CAHILL, | : | Case No. 1:21-cv-53 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| CINCINNATI ARTS ASSOCIATION, | : | |
| Defendant. | : | |

## CONDITIONAL ORDER OF DISMISSAL

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action. Also, if desired, the parties may timely move to substitute a stipulation of dismissal.

**IT IS SO ORDERED.**

Date: 4/5/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge